UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AELLIS O., <br><br> Plaintiff, <br><br> v. <br><br> KELLI MARIE CONNOR; JILL LEUER; and GOOGLE LLC, <br><br> Defendants. | Case No.: 22-CV-200 JLS (WVG) <br><br> **ORDER DISMISSING CASE** |

On June 21, 2022, the Court dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim and lack of subject-matter jurisdiction. ECF No. 5. The Court granted Plaintiff thirty days to file an amended complaint that cured the deficiencies noted in the Order. *Id.* at 17. The Court stated, "***[s]hould Plaintiff fail to file an amended complaint on or before July 21, 2022, the Court will enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and his failure to prosecute in compliance with a court order requiring amendment.***" *Id.* (emphasis in original). The deadline has passed, and Plaintiff has not filed an amended complaint or otherwise appeared in this action. *See generally* Docket.

///

///

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action both for failure to state a claim and failure to prosecute in compliance with a Court order requiring amendment. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: July 25, 2022

Hon. Janis L. Sammartino
United States District Judge